# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN HUTSON**
**REG #25362-009** **PLAINTIFF**

**V.** **NO: 1:16-CV-64-KGB-BD**

**IZARD COUNTY DETENTION**
**CENTER, et al.** **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.** **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.** **Discussion:**

Plaintiff Kevin Hutson filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #1 and #2) Mr. Hutson alleged that Defendants were deliberately indifferent to his medical needs. He failed, however, to mention any Defendants in the body of the complaint or describe how they violated his

rights. On June 13, 2016, Mr. Hutson was given thirty days to amend his complaint. (#4) The Court specifically cautioned Mr. Hutson that his claims could be dismissed if he failed to comply with the Order. (#4)

Moreover, the Court directed Mr. Hutson to notify the Court of his new address as his mail was being returned as undeliverable. (#6) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5. By Order entered June 22, 2016, Mr. Hutson was given thirty days to inform the Court of his new address. (#6) To date, Mr. Hutson has failed to comply with both of the Court's Orders, and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that Mr. Hutson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 13, 2016 and June 22, 2016 Orders.

DATED this 26th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE