IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **KEVIN HUTSON**<br>**REG #25362-009** | | **PLAINTIFF** |
| v. | Case No. 1:16-cv-0064 KGB/BD | |
| **IZARD COUNTY DETENTION CENTER**, *et al.* | | **DEFENDANTS** |

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") of Magistrate Judge Beth Deere (Dkt. No. 8). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Hutson's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 2nd day of October, 2017.

_____
Kristine G. Baker
United States District Judge