## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN HUTSON**                                                          **PLAINTIFF**
**REG #25362-009**

**v.**                          **Case No. 1:16-cv-0064 KGB/BD**

**IZARD COUNTY DETENTION**                                    **DEFENDANTS**
**CENTER,** *et al.*

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby dismissed without prejudice.


So adjudged this 2nd day of October, 2017.



_____

Kristine G. Baker
United States District Judge